**Electronically Filed
Supreme Court
SCWC-29775
07-MAR-2011
12:24 PM**

NO. SCWC-29775

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GEORGE ROBERT TOTH, Petitioner/Plaintiff-Appellant,

vs.

DONALD S. RULLO; RED TIME REALTY LLC, a Hawaii
Limited Liability Company; MICHAEL J. SWERDLOW; and
HO'OMAU I MUA LLC, a Hawaii Limited Liability Company;
Respondents/Defendants-Appellees, and LEHMAN
BROTHERS BANK, FSB, a Federal Savings Bank, Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29775; CIVIL NO. 07-1-0097K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Plaintiff-Appellant George Robert Toth's

application for writ of certiorari filed on January 24, 2011, is

hereby rejected.

DATED:  Honolulu, Hawai'i, March 7, 2011.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



Mark Van Pernis for
petitioner/plaintiff-
appellant on the
application.

---

[1] Considered by: Recktenwald, C.J., Nakayama and Duffy, JJ., and Circuit Judge Garibaldi, in place of Acoba, J., recused, and Circuit Judge Alm, assigned by reason of vacancy.